## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN KURTZ, Parent and Guardian of MINOR JX, and ROBERT STRAUB, Best Friend of Minor JX, | No. 4:21-CV-01048 <br><br> (Chief Judge Brann) |
| Plaintiffs, | |
| v. | |
| LEWISBURG SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

### FEBRUARY 10, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendant Lewisburg School District's Motion to Dismiss (Doc. 6) Plaintiffs Kathleen Kurtz and Robert Straub's Complaint is **GRANTED**.

2.  Kathleen Kurtz and Robert Straub are **GRANTED** leave to amend and may docket an amended complaint on or before March 3, 2022.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge